# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYLOR GEORGEANN WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-167-JHP-SPS |
| | ) |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 7, 2016, the United States Magistrate Judge entered a Report and Recommendation in regard to Defendant's Opposed Motion to Reverse and Remand. The Magistrate Judge recommended that the Defendant's Opposed Motion to Reverse and Remand be granted to the extent that this case be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. §405(g) for a full award of benefits. The defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on June 7, 2016, be **AFFIRMED** and **ADOPTED** by this court as its Findings and Order.

IT IS SO ORDERED this 29th day of August, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma